

# United States District Court
## Eastern District of California

| | |
|---|---|
| **SKYLAR WILLIAMS** | Case Number: 1:24-cv-01003- JLT-BAM |
| Plaintiff(s) | |
| V. | |
| **WALMART INC.** | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Hunter Bryson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SKYLAR WILLIAMS

On 08/26/2016 (date), I was admitted to practice and presently in good standing in the State Bar of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Warren, et al v. I-Health, Inc., No. 2:23-cv-01926-KJM-AC; 1/10/2024; granted

Henenfent v. LG Electronics USA, Inc., No. 1:23-cv-00354-ADA-SAB; 9/27/2023; granted

Bodunde v. Walgreens Boots Alliance, Inc.; 1:24-cv-00985-JLT-SAB; 8/30/2024; pending

Date: 08/30/2024          Signature of Applicant: /s/ J. Hunter Bryson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | J. Hunter Bryson |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 405 E. 50th Street |
| City: | New York     State: NY     Zip: 10022 |
| Phone Number w/Area Code: | (202) 640-1167 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | hbryson@milberg.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Trenton R. Kashima |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 402 W. Broadway |
| | Suite 1760 |
| City: | San Diego     State: CA     Zip: 92101 |
| Phone Number w/Area Code: | (619) 810-7047     Bar #: 291405 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 3, 2024          /s/ Barbara A. McAuliffe
                                              JUDGE, U.S. DISTRICT COURT