1  LIVIA M. KISER (SBN 285411)
   *lkiser@kslaw.com*
2  KING & SPALDING LLP
3  110 N Wacker Drive, Suite 3800
   Chicago, IL 60606
4  Tel: (312) 995-6333
   Fax: (312) 995-6330
5

6  KERI E. BORDERS (SBN 194015)
   *kborders@kslaw.com*
7  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
8  Los Angeles, CA 90071
   Tel: (213) 443-4355
9  Fax: (213) 443-4310

10
   *Attorneys for Defendant*
11 WALMART, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKYLAR WILLIAMS,<br><br>           Plaintiff,<br><br>     vs.<br><br>WALMART INC.,<br><br>           Defendant. | Case No. 1:24-cv-001003-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET WALMART, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING FOR OCTOBER 21, 2024 (LOCAL RULE 144(A))**<br><br>Current Deadline:   None Set<br>New Deadline:        October 21, 2024 |

**STIPULATION**

Plaintiff Skylar Williams ("Plaintiff") and Defendant Walmart, Inc. ("Walmart"; with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate to set Walmart's deadline to answer or otherwise respond to Plaintiff's Class Action Complaint for October 21, 2024. In support thereof, the Parties state as follows:

WHEREAS, on March 15, 2024, Plaintiff filed the above-captioned action. ECF No. 1;

WHEREAS, on March 22, 2024, Plaintiff served Walmart;

WHEREAS, on June 11, 2024, Walmart filed a motion to stay, transfer, or dismiss this action in deference to the first-filed *Navarro v. Walmart, Inc.*, Case No. 1:24-cv-00288 (E.D. Cal. filed March 8, 2024). ECF No. 18;

WHEREAS, on June 20, 2024, Plaintiff filed a motion to stay this case pending a determination by the Judicial Panel on Multidistrict Litigation regarding whether to coordinate and consolidate this action with 30 other lawsuits. ECF No. 23;

WHEREAS, on August 1, 2024, the JPML denied the motion to coordinate and consolidate;

WHEREAS, three other complaints have been filed against Walmart regarding the same products and theory of liability as in the Complaint. *See Navarro*, Case No. 1:24-cv-00288; *Sanderlin v. Walmart, Inc.*, Case No. 1:24-cv-00971 (E.D. Cal., filed April 2, 2024); *Emery, et al. v. Wal-Mart Stores, Inc.*, Case No. 1:24-cv-01020-EPG (E.D. Cal., filed Mar. 20, 2024);

WHEREAS, on August 13, 2024, the Parties stipulated to transfer this action to this District where the first-filed *Navarro* is pending and this case was subsequently transferred;

WHEREAS, on August 26, 2024, the Court issued an order setting Walmart's deadline to respond to the Complaint as September 6, 2024. ECF No. 33;

WHEREAS, the plaintiffs in *Sanderlin* and *Emery* have also agreed to transfer their actions to this District, where the first-filed *Navarro* action is pending;

WHEREAS, to allow time for the actions to be transferred and to allow the parties sufficient time to consider and accomplish a potential consolidation, relation, or other coordination of the cases, Walmart seeks, and Plaintiff has agreed, to set Walmart's deadline to file a responsive pleading for

October 21, 2024;

WHEREAS, the deadline to respond in the first-filed *Navarro* has been set for October 21, 2024;

WHEREAS, good cause exists for the extension. The interests of efficiency and judicial economy will be served by allowing the parties an opportunity to consolidate or otherwise coordinate the cases prior to filing responsive pleadings;

WHEREAS, this is the first extension requested by Walmart in this Court, and it is not submitted for the purposes of delay; and

WHEREAS, no other parties are affected by this stipulated extension.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, pursuant to Local Rule 144(a), that Walmart's deadline to respond to the Complaint be set for October 21, 2024.

Dated: September 5, 2024                KING & SPALDING LLP

                                        By: */s/ Keri E. Borders*
                                            Keri E. Borders

                                            *Attorney for Defendant*
                                            WALMART, INC.

Dated: September 5, 2024                BURSOR & FISHER, P.A.

                                        By: */s/ Philip L. Fraietta*
                                            Philip L. Fraietta
                                            (as authorized on September 3, 2024)

                                            *Attorney for Plaintiff*
                                            SKYLAR WILLIAMS

# ORDER

Having considered the parties' STIPULATION TO SET WALMART, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING FOR OCTOBER 21, 2024 (LOCAL RULE 144(a)), and good cause therefore appearing, IT IS HEREBY ORDERED that:

Defendant Walmart, Inc.'s deadline to answer or otherwise respond to Plaintiff's Complaint shall be **October 21, 2024**.

IT IS SO ORDERED.

Dated:   **September 5, 2024**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE